RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
richardmacbridelaw@gmail.com
Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____     )   Case Number 25-3274 DJC-CKD
                                        )
Oscar Ramos,                            )
                                        )
                Plaintiff,              )
                                        )
                                        )   NOTICE OF CONDITIONAL
Vs.                                     )   SETTLEMENT
                                        )
La Michoacana Vallejo, Inc., et al.,    )
                                        )
                Defendants.             )
                                        )
_____     )

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Plaintiff Oscar Ramos, and all defendants have agreed in principle to settle this action in its entirety as to all causes of action and as against all defendants. A form of written settlement agreement is being negotiated at this time, and the parties anticipate reaching agreement on that form, obtaining signatures, and fulfilling the conditions within 45 days. At that point, plaintiff will be in a position to dismiss the case. Plaintiff requests that all hearings be dropped from calendar.


/s/ Richard A. Mac Bride

Richard A. Mac Bride, Attorney for Plaintiff

Date: March 16, 2026

Notice of Conditional Settlement

-1-